UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 05-167 (JAF) |
| v. | |
| LUIS LOPEZ-BIRRIEL, | |
| Defendant. | |

**O R D E R**

The Motion for Reconsideration of a criminal sentence pursuant to Fed. R. Crim. P. 35(a), filed on February 13, 2006, <u>Docket Document No. 67</u>, is **DENIED**.

We have carefully examined the Criminal History Category for this Defendant and find, upon a reassessment of the same, that Defendant López-Birriel was properly sentenced at a Base Offense Level of 25, Criminal History Category IV, Guideline Sentencing Range of 84-105, to a total of 84 months.

Upon further review of the record and documents on file, including the Presentence Investigation Report (PSR), the Criminal History Category at the PSR will be corrected as follows:

Criminal No. 05-167 (JAF)                                                                -2-

1      **Criminal Convictions**

| | | **Date of Arrest/ Age** | **Charge/ Agency** | **Date Sentence Imposed/ Disposition** | **Guideline/ Score** |
|---|---|---|---|---|---|
| 2 | 22. | 11-01-89 Age: 25 | Attempted illegal appropriation<br><br>Cr. No. KPD89G1660 Superior Court, San Juan, PR | 02-20-90: Found guilty.<br>04-27-90: Sentenced to a term of imprisonment of one year and a half; sentence suspended and placed on probation.<br>08-20-91: Probation revoked.<br>12-18-91: Paroled.<br>05-05-92: Expiration date. | §§4A1.1(a) and 4A1.2(k)<br><br><br><br><br>3 |

3      According to official court documents, the defendant aided
4      and abetted by two others, without violence or intimidation
5      illegally appropriated a 1982 Mazda valued at $7,000,
6      property of Raúl Rosario Berríos.  The defendant was placed
7      on probation for one year and a half, the conditions of
8      which he violated by using cocaine.  He was revoked on
9      August 20, 1991, and paroled on December 18, 1991.  His
10     adjustment while incarcerated and during parole was
11     described as satisfactory.

| 12 | 23. | 09-21-95 Age: 31 | Misprision of a felony; 18 U.S.C. § 4 Cr. No. 95-33-1(CCC) U.S. District Court, District of Puerto Rico | 05-23-95: Sentenced to 30 months imprisonment and one year TSR.<br>10-08-98: Expiration date. | §4A1.1(a)<br><br><br><br>3 |

13     According to the pre-sentence report prepared in this case,
14     on September 1, 1994, the defendant along with two others
15     aboard a vessel were apprehended after they were detected
16     by a National Guard helicopter, throwing contraband
17     overboard.  The bales that were thrown overboard were later
18     identified as containing a total of 382.25 kilograms of
19     cocaine.  He was represented by counsel.

During defendant's term of supervised release, the defendant tested positive to morphine on one occasion. He was referred to a contract drug program, "Consultores Psicológicos de Puerto Rico," for ambulatory drug treatment, and remained within the same from March 7, 1996 to October 31, 1997. Since the defendant was taking medication due to surgery, he was ordered to enter MEPSI, a residential detoxification program, from August 11 to August 17, 1998. The defendant was released from the program, as he did not present further problems during supervision, and was terminated satisfactorily.

| 24. | 11-22-98 Age: 33 | (1) PR Weapons Law Violation to Art. 6 Cr. No. KLA99M0175 (2) Aggravated Assault Art. 95 PR Penal Code Cr. No. KIC99G0015 (3) PR Weapons Law Violation to Art. 7 Cr. No. KLA99G0220 (4) Damages, Art. 180 PR Penal Code VP986445 Superior Court, San Juan, Puerto Rico | 08-23-99: Sentenced to one year of imprisonment as to count one, two years and a half of imprisonment as to count two, and two years of imprisonment as to count three, to be served concurrently with each other. Count four was dismissed pursuant to Rule 247(A) of P.R. Criminal Procedure | §4A1.1(a) 3 |
|---|---|---|---|---|

According to the criminal complaints, on November 22, 1998, in Río Piedras, Puerto Rico, Luis F. López Birriel used violence or force against two state police officers, namely Francisco Rivera-Velázquez, badge #23526, and Javier Rivera Vélez, badge #24771. During the commission of this offense he was found in possession of and carried a Model 5906 Smith & Wesson pistol, series VCT3860. The defendant was represented by counsel during the court proceedings.

        The police arrest report filed under complaint number 98-1-362-06074, further reflects that on November 22, 1998, Agents Francisco Rivera-Velázquez, badge #23526, and Javier Rivera Vélez, badge #24771, informed that on that same date Luis F. López Birriel fired various shots at them with a firearm.

| 25. | 01-20-99 Age: 34 | Receipt of Stolen Goods Cr. No. KPD99M0074 Superior Court, San Juan, Puerto Rico | 06-01-99: Pled guilty. 08-23-99: Sentenced to six months imprisonment, to be served concurrently with any other sentence imposed by the court on this date. | §4A1.2(a)(2) | 0 |

        According to the criminal complaint, on or about July 13 - 16, 1998, in the Monte Hatillo Precinct in Río Piedras, Puerto Rico, Luis López Birriel retained, disposed, transported and received a Model 5906 Smith & Wesson pistol, series VCT-3860, which belonged to the Police of Puerto Rico, knowing that the same had been unlawfully acquired by means of illegal appropriation. On January 20, 1999, probable cause was found as a misdemeanor.

        The police arrest report filed under complaint number 98-8-316-03345, further reflects that Luis López Birriel was arrested on November 22, 1998, by agents from the Puerto Rico Police Department, Monte Hatillo Precinct, as he had attempted against the lives of Agents Francisco Rivera, badge #23526, and Javier Rivera #24771, of the above-mentioned precinct. The defendant was charged with the attempt and other charges in relation to the Puerto Rico Weapons Law.

        A police report for Type I crimes, filed under the same complaint, disclosed that during the period of July 13 to 16, 1998, an unknown person gained access to the evidence room of the Carolina Oeste Precinct and appropriated two pistols. One of them was a 9mm Smith & Wesson pistol, series VCT-3860, with a 15 round magazine, assigned to a female agent who was under maternity leave."

        Therefore, the **Criminal History Computation** in page 6 of the PSR should read as follows:

Criminal No. 05-167 (JAF)                                                      -5-

26.  The total of the criminal history points is 9. According to the sentencing table (Chapter 5, Part A), 7 to 9 criminal history points establish a criminal history category of IV.

As a consequence of the above-mentioned, the Guideline Provisions (page 7) as to **PART C.  SENTENCING OPTIONS** would remain as originally calculated by the probation officer.

The Probation Department will make the necessary corrections in the PSR, noting that the issue of the correctness of the Criminal History Category calculation was raised by Defendant in his Fed. R. Crim. P. 35(a) motion of February 13, 2006, <u>Docket Document No. 67</u>. It should be noted further that there is no need for a resentencing hearing because the sentence remains the same.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of March, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge